**UNITED STATES of America, Appellant, v. William E. STRAW, Appellee.**

No. 7653.

Circuit Court of Appeals, Ninth Circuit.

Oct. 22, 1934.

See, also, 62 F.(2d) 757.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Asst. U. S. Atty., both of Los Angeles, Cal.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**UNITED STATES et al. v. Sydney J. RUDOLPH et al., etc.**

No. 5133.

Circuit Court of Appeals, Third Circuit.

Aug. 16, 1934.

Horatio S. Dumbauld, U. S. Atty., and James I. Marsh, Asst. U. S. Atty., both of Pittsburgh, Pa., for appellants.

Roy J. Stone, of Columbus, Ohio, and Rody Ruttenbusch, of Pittsburgh, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This is an appeal by the United States from an order of the District Court suppressing the seizure of certain property and materials and directing the government to return the property in its custody to the claimants, Sydney J. Rudolph and Julius A. Rudolph, the appellees. The property involved was seized by the government and a libel proceeding, under section 25, title 2, of the National Prohibition Act (27 USCA § 39), was begun to forfeit the property, which the government contends was designed to violate the National Prohibition Act. The cases of United States v. Chambers, 291 U. S. 217, 54 S. Ct. 434, 78 L. Ed. 763, 89 A. L. R. 1510, and Massey v. United States, 291 U. S. 608, 54 S. Ct. 532, 78 L. Ed. 1019, control the decision in this case.

The order of the District Court is affirmed, with the direction that the libel be dismissed.

**UNITED STATES of America ex rel. Louis DE BRITO, Appellant, v. Edward CORSI, as Commissioner of Immigration, Ellis Island, New York, Appellee.**

No. 488.

Circuit Court of Appeals, Second Circuit.

July 9, 1934.

William J. Cogan, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Ralph E. Stone, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of U. S. ex rel. Powlowec v. Day (C. C. A.) 33 F.(2d) 267.

**Dexter WELBORN, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 7373.

Circuit Court of Appeals, Fifth Circuit.

Oct. 16, 1934.

In forma pauperis.

Dexter Welborn, of Atlanta, Ga., in pro. per.